IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT KNOXVILLE

| | |
|---|---|
| SHERRY D. A. STRACH, ) <br> ) <br> Plaintiff, ) <br> ) <br> V. ) <br> ) <br> AVENTIS BIO-SERVICES, INC., and UNUM ) <br> LIFE INSURANCE COMPANY OF AMERICA, ) <br> ) <br> Defendants. ) | NO. 3:02-CV-78 <br> (Phillips) |

## JUDGMENT ORDER

For the reasons set forth in the memorandum opinion filed this day with the clerk, the motion for judgment on the administrative record filed by defendant [Doc. 26] is **GRANTED;** plaintiff's cross-motion for judgment [Doc. 19] is **DENIED**; and this action is **DISMISSED.**

**IT IS SO ORDERED.**

ENTER:

    s/ Thomas W. Phillips
United States District Judge